**EXHIBIT 5**
**AFFIDAVIT OF ROBERT L. COLSON**



# HARPETH VALLEY
UTILITIES DISTRICT

Tatiana
faxed back 9-29-14

## Cross-Connection Survey

1. Customer Name _____ KATHERINE L COLSON _____
2. Customer Address __ 8745 OLD CHARLOTTE PK __
   MAILING ADDRESS: 2012 BEECH AVE NASHVILLE, TN 37204
3. Home Phone: __292-6619__    Cell Phone: __N/A__
4. Does Customer Own or Rent? _____ Own _____ Rent
5. Which best describes your facility:
   Commercial _____ Residential __X__ Multi-Family _____
   Medical _____ Agricultural _____ Other _____
6. If Commercial or Medical what is your specific type of business?
   (Restaurant, Veterinary, Hospital, Retail, Office, etc.) Please list:
   _____
7. Company Name if applicable: _____
8. Do you have an irrigation system?                                       Yes___ No X
9. Do you have a swimming pool?                                            Yes___ No X
10. Do you have water using fire protection system?                        Yes___ No X
11. Do you have an auxiliary water supply on your premises?
    (Well, Spring, Cistern, Pond, Lake, Creek, River, etc.)                Yes___ No X
    If Yes specify source: _____
12. Do you have livestock and use a water trough?                          Yes___ No X
13. Do you have a booster pump, well pump or any other type of water pump? Yes___ No X
    Please list: _____
14. Do you have any other water-using equipment on your property not mentioned above? Yes___ No X
    If yes, please list: _____

15. Do you have a backflow preventer?                                      Yes___ No X
    If yes what is it protecting from? Please list.
    (Auxiliary water system, Irrigation, Main water line protection, etc.) _____

To the best of my knowledge the information provided in this survey is accurate:

__Katherine L. Colson__   __Katherine L. Colson__   __9-29-14__
Signature                 Print Name                Date

P.O. Box 210319 Nashville, TN 37221 · 5838 River Road · Nashville, TN 37209 · Phone (615) 352-7076



* 10-29-14 had it
  called + turned off as of 10-30-14

tsmith@hvud.com

**CUSTOMER NAME:** KATHERINE L COLSON

**LOCATION OF DESIGNATED PROPERTY SERVICE:** 8745 OLD CHARLOTTE PK

**DATE OF SERVICE:** 9/30/14      **ACCOUNT NUMBER:** 211587-021678

Dear Consumer: Please read and sign below and return to us at our fax number (615) 356-6905 OR EMAIL TSMITH@HVUD.COM The Turn On Charge of $30.00 will be applied to your first water bill. Should you have questions, please contact us at (615) 352-7076. If you would like your account to be on automatic bank draft, please attach a voided check.

HARPETH VALLEY UTILITIES DISTRICT
OF DAVIDSON/WILLIAMSON COUNTIES, TENNESSEE
GENERAL SERVICE PROVISIONS

The District, having the responsibility for operating at all times in the public interest and in a financially sound manner, has the right in its sole discretion to make changes in the policies, terms, conditions, rules, regulations, specifications, rates, charges and fees under which the District is operated without prior notice to Consumer and without incurring any liability whatsoever as a result thereof.

The District will furnish potable water to Consumer as required by the Tennessee Department of Environment and Conservation. Whenever necessary in its sole discretion to promote or protect the public interest, the District shall have the right to limit the amount of water used by Consumer, or to cut off same entirely, without incurring any liability whatsoever for such actions. Consumer shall have no claim against the District for damages due to the interruption of water and/or wastewater services resulting from accident or when necessary to make alterations, repairs or improvements in the District's system.

Consumer shall abide by the laws of the United States, the State of Tennessee, and the policies, terms, conditions, rules, regulations, and specifications of the District with regard to Consumer's use of the water or wastewater services of the District. Consumer will pay for the full amount of water registered by the water meter and for wastewater service based upon the amount of water registered by the water meter for the designated property and for any related services for such property, and for such other services as may be provided by the District, in accordance with the District's then current Schedule of Rates, Charges and Fees until termination of such services. Consumer shall pay the District a turn-on-charge to initiate service in the amount set forth in such schedule. The turn-on-charge is non-refundable and non-transferrable. Consumer will not be charged for wastewater service if wastewater service is not available, but will be charged for wastewater services and will abide by the wastewater regulations when wastewater service is available. Consumer shall be liable to the District for any damages to the District's wastewater system caused by Consumer discharging into it wastewater containing substances detrimental to the wastewater system.

The services to be provided by the District will be used only for the benefit of the property designated herein and for no other property and such services and any tapping privilege purchased or fee paid for the designated property shall not be shifted or changed to any other property.

The District will install the meter, which shall be the exclusive property of the District and subject to its exclusive jurisdiction and control. Any tampering by the Consumer with said meter, the valve attached thereto, or meter box is strictly prohibited. Consumer will protect said meter, valve, and box and any damage thereto caused by Consumer or any third parties will be repaired or replaced by the District at the cost of Consumer. The District shall have free access to said meter at all times and any obstruction may be removed by the District at the cost of Consumer.

Consumer will install, operate and maintain at Consumer's expense all water distribution facilities on Consumer's property, including service lines, fixtures, valves, pressure regulators and other devices; except that no pump shall be connected without prior written approval of the District and all such facilities will be subject to the specifications and operating regulations of the District. Consumer by signing up for service thereby certifies that the designated property is in readiness for water to be turned on and/or wastewater service established and that the plumbing is in good condition and free of leaks. The District recommends that all domestic water services should have a pressure reducing valve. All new domestic water services established on or after January 24, 2011, are required to have a pressure reducing valve on the customer's service line installed, owned and maintained by the customer.

A copy of the District's Schedule of Rates, Charges and Fees which includes many, but not all, of the policies, terms, conditions, rules, regulations, and specifications of the District may be obtained from the District's office at 5838 River Road, Nashville, Tennessee, or by mail by calling the office at 615-352-7076.

In the event of Consumer's failure to adhere to the District's General Service Provisions and the policies, terms, conditions, rules, regulations and specifications of the District, the District will terminate service and will not restore service until all violations have been corrected to the satisfaction of the District and until Consumer has paid the District for any and all costs arising from such violations, including any legal or engineering costs incurred by the District.

THESE GENERAL SERVICE PROVISIONS SHALL BE BINDING UPON CONSUMER AND CONSUMER'S HEIRS, REPRESENTATIVES, SUCCESSORS AND ASSIGNS AND UPON ALL CONSUMERS RECEIVING WATER OR WASTEWATER SERVICES FROM THE DISTRICT.

THE DISTRICT DOES NOT DISCRIMINATE AGAINST ANY PERSON BASED ON RACE, COLOR, NATIONAL ORIGIN OR SEX AS PROVIDED BY TITLE VI OF THE CIVIL RIGHTS ACT OF 1964.

Signature: _Katherine L. Colson_      Date: _9-29-14_

Print Name: _Katherine L. Colson_      Telephone: _615-292-6619_

Signature: _____      Date: _____

Print Name: _____      Telephone: _____

**EXHIBIT 5**
**AFFIDAVIT OF ROBERT L. COLSON**

Expenses
Russell Estate
8745 Old Charlotte Pike

| | |
|---|---|
| Tennessean | $ 2000.00 |
| Postage | $ 418.80 |
| Brochures | $ 1402.23 |
| Signs | $ 480.00 |
| Website | $ 150.00 |
| Westview | $ 150.00 |
| The News | $ 171.00 |
| NES | $ 44.31 |
| Harpeth Valley Utility | $ 40.96 |
| Moore Elec. | $ 375.00 |
| Clean House | $ 375.00 |
| Full Circle Disposal | $ 315.00 |
| | 5922.30 |

$315,000 \times 6\% = 18900.00$

EXHIBIT 5
AFFIDAVIT OF ROBERT L. COLSON

# AUCTION COST SHEET

DATE 8-19-14  SALE # _____

ADDRESS: Old Charlotte Ph.

DESCRIPTION: Cleaning Up

Jerald Tharpe

PCI CV# 81092

HOURS WORKED: _____ COST: _____

OTHER COST EXPLAIN: _____

SIGNED Jerald Tharpe

450 00
TOTAL

TTAA
BILL COLSON
AUCTION & REALTY CO., INC.
(615) 292-6619
MOST MONEY IN THE SHORTEST TIME
2012 BEECH AVE.
NASHVILLE, TN. 37204
LIC. #68
NAA Auctioneer

EXHIBIT 5
AFFIDAVIT OF ROBERT L. COLSON

# AUCTION COST SHEET

DATE 10 2014  SALE # 0514

ADDRESS: _____

DESCRIPTION: _____

Jerald Tharpe

CK# 8808   Old Charlotte
+ 2 Helpers

HOURS WORKED: _____  COST: _____
OTHER COST EXPLAIN: _____

SIGNED Jerald Tharpe

350.00
TOTAL

BILL COLSON
AUCTION & REALTY CO., INC.
(615) 292-6619   MOST MONEY IN THE SHORTEST TIME
2012 BEECH AVE.
NASHVILLE, TN. 37204
LIC. #68

**EXHIBIT 5**
**AFFIDAVIT OF ROBERT L. COLSON**

# Moore's Electrical Service

7512 Oakhaven Trace
Nashville, TN 37209
(615) 438-7602

# INVOICE

Invoice # 1003

TO:
Bill Colson Auction
2012 Beech Avenue
Nashville, Tn 37204

| JOB DESCRIPTION |
|---|
| Repair meterbase conduit<br>Bring service up to metro codes |

| DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|
| Remove meterbase and extend service conduit where settling occurred<br>Replace meterbase<br>Install grounding block for phone and internet companies (code required)<br>Have service inspected | |
| **TOTAL ESTIMATED JOB COST** | $375.00 |

Bo Moore
PREPARED BY

October 21, 2014
DATE

*Handwritten:* Old Charlotte Pk sale # 05514
CL # ~~~~ 8810
10-28-14

**EXHIBIT 5**
**AFFIDAVIT OF ROBERT L. COLSON**

# Invoice

Full Circle Disposal, LLC

633 Shute Lane
Old Hickory, Tn 37138

| Date | Invoice # |
|---|---|
| 8/11/2014 | 19602 |

| Bill To |
|---|
| Bill Colson Auction<br>2012 Beech Ave<br>Nashville, Tn. 37204 |

| Ship To |
|---|
| 8745 OLD CHAROLTTE PK<br>NASHVILLE |

*8-14-14*
*ck # 8684*

| P.O. No. | Terms | Ship Date | Our Truck |
|---|---|---|---|
|  | Net 30 | 8/8/2014 |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 15 yard Container Delivery and Disposal |  | 315.00 | 315.00 |

| | |
|---|---|
| **Total** | $315.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $315.00 |